HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
1212 S. Casino Center Blvd.
Las Vegas, Nevada  89104
Telephone:  (702) 382-1714
Fax:  (702) 382-1759
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| GVCL Ventures, Inc. a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GoPetFriendly.com, LLC; a Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS XX-XXX, inclusive;<br>    Defendants. | CASE NO.: |

**PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT
AND RELIEF PURSUANT TO 15 U.S.C. § 1125**

Plaintiff GVCL Ventures, Inc. ("GVCL" or "Plaintiff") files this complaint for declaratory judgment against the GoPetFriendly.com, LLC ("GoPet" or "Defendant").

**JURISDICTION AND VENUE**

1.  This is an action for declaratory judgment arising under (i) the United States Copyright Act of 1976, 17 U.S.C. § 101 et seq. (the "Copyright Act");(the "Lanham Act"); and (iv) 28 U.S.C. §§ 2201 and 2202 (the Declaratory Judgment Act). Thus, this Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

2.        Defendant GoPet also subject to the personal jurisdiction of this Court because the Defendant regularly maintains a presence in the State of Nevada through its website and, therefore, is continuously present in the State of Nevada. In addition, its false assertions of infringement of alleged copyrights were directed to the Plaintiff in the State of Nevada. Thus, this Court has both general and specific personal jurisdiction over GoPet.

3.        Venue of this action is proper in the District of Nevada under 28 U.S.C. § 1391(b)(1) and (2) because GoPet is subject to the personal jurisdiction of this Court in this Judicial District and thus qualifies as a resident of this Judicial District under 28 U.S.C. § 1391(c)(2). In addition, a substantial part of the events giving rise to Plaintiff's claims has occurred and will continue to occur in the District of Nevada.

## NATURE OF THE ACTION

4.        Plaintiff Provident seeks declaratory judgment of non-infringement of alleged copyright(s) rights asserted against Plaintiff by Defendant GVCL. GVCL further seeks declaratory judgment that any alleged copyright, trademark or trade dress rights asserted by GoPet are invalid and unenforceable.

5.        GoPet has asserted that GVCL is infringing GoPet's alleged copyright, by utilizing certain images from GoPet's website. GVCL denies that it has infringed any copyrights owned by GoPet and that the infringement, if any, was undertaken without knowledge of GVCL by its former subsidiary, Proactive Pet Products, Inc. a Nevada corporation.

6.        GVCL is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located in Las Vegas, NV.

7.        Upon information and belief, GoPetFriendly.com, LLC is a limited liability company organized under the laws of the State of Pennsylvania with its principal place(s) of business online including in the State of Nevada.

## FACTUAL BACKGROUND

8.        Plaintiff re-avers and re-states the foregoing Paragraphs 1-7 inclusively as if fully set forth herein.

2

9. GVCL is a public entity which over the years has had several operating subsidiaries including until November of 2016, Proactive Pet Products, Inc. a Nevada corporation which ran a website about pets.

10. GoPet holds itself out as a manufacturer and seller of similar products.

DEFENDANT'S ACTS COMPRISING ACTUAL CONTROVERSY

11. Plaintiff re-avers and re-states the foregoing Paragraphs 1-10 inclusively as if fully set forth herein.

12. On December 6, 2016, Defendant GoPet threatened litigation against GVCL, asserting that GVCL is infringing GoPets copyright in excess of 200 images and or materials from its website through a letter directed to GVCL in the State of Nevada.

13. There thus presently exists a justiciable controversy regarding the Plaintiff's liability, if any, for the alleged violations, if any, by GVCL's former subsidiary of GoPets alleged copyrights.

**FIRST CLAIM FOR RELIEF**
**(Non-Infringement of Copyright)**

14. Plaintiff re-avers and re-states the foregoing Paragraphs 1-13 inclusively as if fully set forth herein.

15. This is a declaratory judgment action under (i) the United States Copyright Act of 1976, 17 U.S.C. § 101 et seq. (the "Copyright Act"), and 28 U.S.C. §§ 2201 and 2202 (the Declaratory Judgment Act). As an actual justiciable controversy exists by way of the credible threat of immediate litigation and demand to cease and desist, Plaintiff seeks relief from this Court.

16. Plaintiff is entitled to declaratory judgment that it is not infringing, has not infringed, and is not liable for infringing any valid copyright owned by GoPet relating to images or materials on GoPet's website.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff seeks judgment awarding it the following relief:

1.     An order declaring that GVCL does not infringe any valid copyright owned by GoPet relating to material on GoPet's website;

2.     An order awarding attorneys' fees, costs, and expenses incurred in connection with this action to GVCL; and

3.     An order awarding such other and further relief as this Court deems just and proper.

DATED this 14th day of December 2016.

HAROLD P. GEWERTER, ESQ., LTD.

*s/: Harold P. Gewerter*
HAROLD P. GEWERTER
Nevada Bar No. 499
1212 S. Casino Center
Las Vegas, Nevada  89104
Attorney for Plaintiff