HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
1212 S. Casino Center Blvd.
Las Vegas, Nevada 89104
Telephone: (702) 382-1714
Fax: (702) 382-1759
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| GVCL Ventures, Inc. a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GoPetFriendly.com, LLC; a Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS XX-XXX, inclusive;<br><br>    Defendants. | CASE NO.: 2:16-cv-02892 |

**AFFIDAVIT OF SERVICE BY PUBLICATION (NEVADA LEGAL NEWS)**

1

AFFP
2:16-CV-02892-JAD-VCF

# Affidavit of Publication

STATE OF NEVADA } SS
COUNTY OF CLARK }

I, Rosalie Qualls state:

That I am Assistant Operations Manager of the Nevada Legal News, a daily newspaper of general circulation, printed and published in Las Vegas, Clark County, Nevada; that the publication, a copy of which is attached hereto, was published in the said newspaper on the following dates:
May 02, 2017
May 09, 2017
May 16, 2017
May 23, 2017
May 30, 2017

That said newspaper was regularly issued and circulated on those dates. I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 30, 2017

_____
Rosalie Qualls

01105084  00431432  702-382-1759

UNITED STATES DISTRICT COURT
for the
District of Nevada
Civil Action No. 2:16-cv-02892-JAD-VCF
GVCL Ventures, Inc., Plaintiff(s)
v. GoPetFriendly.com, LLC; Defendant(s)
SUMMONS IN A CIVIL ACTION
To: GoPetFriendly.com, LLC 74 Spring Meadow Dr. P.O. Box 108 Weatherly, PA 18255 A lawsuit has been filed against you. Object of Action: This Complaint is for Non-Infringment of Copyright. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Harold P. Gewerter, Esq. Harold P. Gewerter, Esq., Ltd. 1212 South Casino Center Blvd. Las Vegas, Nevada 89104 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.
s/ LANCE S. WILSON, CLERK, DATE December 27, 2016, (By) Lance S. Wilson, DEPUTY CLERK
Published in Nevada Legal News
May 2, 9, 16, 23, 30, 2017

HAROLD P. GEWERTER, ESQ.
GEWERTER & DOWLING
1212 S. CASINO CENTER BLVD
LAS VEGAS, NV 89104