**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
kwilde@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu
   *Attorneys for GoPetFriendly.com, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GVCL VENTURES, INC., a corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GOPETFRIENDLY.COM, LLC, a limited liability company; DOES I-X inclusive; and ROE CORPORATIONS XX-XXX, inclusive,<br><br>　　　　　Defendants, | Case Number:  2:16-cv-02892-JAD-MMM<br><br><br>**MOTION TO EXTEND TIME TO SERVE FIRST AMENDED COUNTERCLAIM AND TO PERMIT SERVICE BY PUBLICATION**<br><br>**(FIRST REQUEST)** |
| GOPETFRIENDLY.COM, LLC, a limited liability company,<br><br>　　　　　Counterclaim-plaintiff,<br><br>v.<br><br>GVCL VENTURES, INC., a Delaware corporation; REGISTERED EXPRESS CORPORATION, a Nevada corporation; REGISTERED EXPRESS | |

MAC:10460-005 3218418_1 10/19/2017 4:34 PM

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | INTERNATIONAL CORPORATION, a Nevada corporation; PROACTIVE PET PRODUCTS, INC., a Nevada corporation; DIGITAL AIRO, INC., a Nevada corporation; JOHN TAYLOR, an individual; MIKE DILLON, an individual; GERALD NEZIOL, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>                    Counterclaim-defendants. |

Counterclaim-plaintiff GoPetFriendly.com, LLC ("GoPetFriendly"), by and through its counsel of record, Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., hereby moves to extend the time in which to effectuate service of the First Amended Counterclaim under Federal Rule of Civil Procedure ("FRCP") 4(m) by 60 days on counterclaim-defendants Gerald Neziol, Mike Dillon, and John Taylor, and to serve the First Amended Counterclaim on Mr. Taylor and Mr. Dillon by publication.

I.      **GOOD CAUSE EXISTS TO EXTEND THE TIME FOR SERVICE BY 60 DAYS**

FRCP 4(m) requires a defendant to be served within 90 days after the complaint is filed. If "the plaintiff shows good cause for the failure [to serve a defendant within that time-frame], the court *must* extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m) (emphasis added).

In this case, GoPetFriendly filed its First Amended Counterclaim on July 21, 2017 [ECF No. 17], and therefore, the last day to effectuate service on Mr. Neziol, Mr. Dillon, and Mr. Taylor, is October 19, 2017. Although GoPetFriendly effectuated service on all of the entity counterclaim-defendants, it has been unable, despite diligence, to serve Mr. Dillon, Mr. Taylor, and Mr. Neziol within that time frame, as explained below.

Regarding Mr. Neziol, Mr. Gewerter, counsel of record for plaintiff and counterclaim-defendant GVCL Ventures, Inc. ("GVCL"), has represented that he will be representing Mr. Neziol in this case and has agreed to accept service for him.[1] Although Mr. Gewerter agreed that

---

[1] *See* Email exchange between H.Gewerter and C.Clement, attached hereto as **Exhibit A**; *see also* Declaration of Chad F. Clement in Support of Motion to Extend Time to Serve First Amended Counterclaim and to Permit Service by Publication ("Clement Decl."), attached hereto as **Exhibit B**, ¶ 3.

1   he would waive a formal acceptance of service form and simply appear and respond to the First

2   Amended Counterclaim on Mr. Neziol's behalf, he has not done so.[2] Thus, GoPetFriendly seeks

3   a short extension to either have Mr. Gewerter appear and respond, or formally accept service.

4   Regarding Mr. Dillon and Mr. Taylor, both are former officers of the entity

5   counterclaim-defendants, which include Nevada entities.[3] The last known addresses for Mr.

6   Dillon and Mr. Taylor are the addresses they listed with the Nevada Secretary of State and in

7   GVCL's (its previous name was ProActive Pet Products, Inc.) public OTC Quarterly Report

8   filing as of June 30, 2016.[4] GoPetFriendly has attempted to serve Mr. Dillon and Mr. Taylor at

9   all of those addresses, as well as the other addresses listed with the Nevada Secretary of State for

10  counterclaim-defendant entities, but has been unsuccessful due to the fact that the addresses are

11  either PO Boxes or the individuals (and companies) are no longer present at those addresses.[5]

12  As such, good cause exists to extend the time in which to effectuate service of the First

13  Amended Counterclaim by 60 days on Mr. Neziol, Mr. Dillon, and Mr. Taylor, and in order to

14  serve the First Amended Counterclaim on Mr. Taylor and Mr. Dillon by publication, as

15  explained below.

16  **II.     SERVICE BY PUBLICATION IS WARRANTED**

17  Pursuant to FRCP 4(e)(1), "an individual—other than a minor, an incompetent person, or

18  a person whose waiver has been filed—may be served in a judicial district of the United States

19  by: (1) following state law for serving a summons in an action brought in courts of general

20  jurisdiction in the state where the district court is located or where service is made." Under

21  Nevada Rule of Civil Procedure ("NRCP") 4(e)(1), "when the person on whom service is to be

22  made resides out of the state, or has departed from the state, or cannot, after due diligence, be

23  found within the state, or by concealment seeks to avoid the service of summons, and the fact

---

[2] *See id.*; *see also generally* Docket, on file herein.

[3] Clement Decl., Ex. B at ¶¶ 4-5; *see also* **Exhibits C-G**.

[4] *Id.*

[5] *See* Affidavits of Attempted Service, attached hereto as **Exhibits H** and **I**; *see also* Summonses Returned Unexecuted [ECF Nos. 38-41].

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

shall appear, by affidavit, to the satisfaction of the court or judge thereof, and it shall appear, either by affidavit or by a verified complaint on file, that a cause of action exists against the defendant in respect to whom the service is to be made, and that the defendant is a necessary or proper party to the action, such court or judge may grant an order that the service be made by the publication of summons."

In this case, as explained above, after diligent effort, GoPetFriendly has been unable to serve Mr. Dillon and Mr. Taylor at the last known addresses for them, and has no other known addresses or contact information for them.[6] Thus, pursuant to FRCP 4(e)(1) and NRCP 4(e)(1), serving Mr. Taylor and Mr. Dillon by publication is warranted.

### III. CONCLUSION

For the forgoing reasons, the Court should extend the time in which to effectuate service of the First Amended Counterclaim under FRCP 4(m) by 60 days on Mr. Neziol, Mr. Taylor, and Mr. Dillon, and permit service of the Summons and First Amended Counterclaim on Mr. Taylor and Mr. Dillon by publication.

Dated this 19th day of October, 2017.

MARQUIS AURBACH COFFING

By: /s/ Chad F. Clement, Esq.
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive

LAW OFFICES OF PHILIP A. KANTOR, P.C.

By: /s/ Philip A. Kantor, Esq.
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
*Attorneys for GoPetFriendly.com, LLC*

---

[6] *See* Ex. ; Clement Decl., Ex. B at ¶¶ 6-7.

MAC:10460-005 3218418_1 10/19/2017 4:34 PM