# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| GVCL VENTURES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOPETFRIENDLY.COM, LLC, *et al.*, <br><br> Defendants. | 2:16-cv-02892-JAD-VCF <br> **ORDER** |

Before the Court is GoPetFriendly.com, LLC's Discovery Plan and Scheduling Order (ECF No. 57).

Accordingly,

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 1:00 PM, January 23, 2018, in Courtroom 3D.

DATED this 9th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE