**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
kwilde@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu
  *Attorneys for GoPetFriendly.com, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GVCL VENTURES, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOPETFRIENDLY.COM, LLC, a limited liability company; DOES I-X inclusive; and ROE CORPORATIONS XX-XXX, inclusive,<br><br>Defendants, | Case Number: 2:16-cv-02892<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND CASE SCHEDULING DEADLINES**<br><br>**(FIRST REQUEST)** |
| GOPETFRIENDLY.COM, LLC, a limited liability company,<br><br>Counterclaim-plaintiff,<br><br>v.<br><br>GVCL VENTURES, INC., a Delaware corporation; REGISTERED EXPRESS CORPORATION, a Nevada corporation; REGISTERED EXPRESS | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | INTERNATIONAL CORPORATION, a Nevada corporation; PROACTIVE PET PRODUCTS, INC., a Nevada corporation; DIGITAL AIRO, INC., a Nevada corporation; JOHN TAYLOR, an individual; MIKE DILLON, an individual; GERALD NEZIOL, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Counterclaim-defendants. |

Pursuant to Local Rule 26-4, plaintiff and counterclaim-defendant GVCL Ventures, Inc. ("GVCL") and counterclaim-defendant Gerald Neziol ("Neziol"), through their counsel of record, the Law Office of Shawn Perez, and defendant and counterclaim-plaintiff GoPetFriendly.com, LLC ("GoPetFriendly"), through its counsel of record, the law firm of Marquis Aurbach Coffing, respectfully submit the following Stipulation and Order to Extend Discovery and Case Scheduling Deadlines (First Request). This Stipulation is being entered in good faith and not for purposes of delay.

## I. DISCOVERY COMPLETED

- On January 23, 2018, GoPetFriendly served its initial disclosures;

- On February 16, 208, GoPetFriendly issued and served subpoenas on two third parties, the Law Office of Thomas Cook, Ltd., and the Law Office of Ottie Akers;

- On February 20, 2018, GoPetFriendly served its first request for production of documents upon GVCL;

- On March 15, 2018, GoPetFriendly issued and served subpoenas on two third parties, Interserver, Inc., and Namecheap; and

- On April 23, 2018, GVCL and Neziol served their initial disclosures.

## II. DISCOVERY REMAINING

- GVCL is in the process of responding to GoPetFriendly's first set of requests for production of documents. The parties have agreed that GVCL will provide its responses by no later than May 7, 2018;

- Additional requests for production of documents may be issued depending upon GVCL's responses;

- Additional third party subpoenas may be issued;

- Party and third party depositions may be taken; and

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

- Any other discovery the parties deem necessary to the claims and defenses in this case.

## III. REASONS WHY DEADLINE TO AMEND PLEADINGS OR ADD PARTIES WAS NOT COMPLETED

On March 9, GVCL's and Neziol's then counsel, Mr. Harold Gewerter, moved to withdraw as counsel of record, which was granted on March 28, 2018. ECF Nos. 64-65. Prior to that timeframe, GVCL and Neziol had not made their initial disclosures, despite GoPetFriendly's diligent efforts to meet and confer with them to require them to do so. As the motion to withdraw was pending, GVCL's response to GoPetFriendly's requests for production of documents became due. Despite GoPetFriendly's counsel diligent efforts to obtain those responses before Mr. Gewerter withdrew, GVCL did not provide responses to the document requests.

After Mr. Gewerter withdrew, GVCL's and Neziol's current counsel, Mr. Perez appeared and requested an extension on the production requests, due to family circumstances and his recent retention and appearance in the case, which GoPetFriendly agreed to. Shortly after that, Mr. Perez was out of the office for a couple of weeks due to those family circumstances, so he and GoPetFriendly's counsel were unable, until just recently, to solidify the definitive extensions of the extended discovery and case scheduling deadlines as set forth herein.

In accommodating GVCL's and Neziol's switching of counsel and Mr. Perez's family circumstances and recent retention, GoPetFriendly has requested, and GVCL and Neziol have agreed to, to extend the discovery and case scheduling deadlines, to allow GoPetFriendly sufficient time to review and evaluate the documents, and conduct any necessary follow up discovery, to determine whether it needs to amend the pleadings or add new parties. GVCL's and Neziol's very recent initial disclosures also contributed to the need for the extension. Thus, good cause and excusable neglect exists to extend the deadline by which to amend the pleadings or add new parties, and to correspondingly extend the other discovery and case scheduling deadlines.

/ / /

/ / /

## IV. THE PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

The parties propose the following schedule for completing all remaining discovery and case scheduling deadlines:

- The new deadline to amend pleadings or add parties shall be June 18, 2018;
- The new deadline for initial expert disclosures shall be July 16, 2018;
- The new deadline for rebuttal expert disclosures shall be August 13, 2018;
- The new deadline for the close of discovery shall be September 10, 2018;
- The new deadline for dispositive motions shall be October 9, 2018;
- The new deadline for the joint pretrial order shall be November 6, 2018, unless dispositive motions have been filed, in which case it shall be suspended until 30 days after decision on the dispositive motions or further court order.

**IT IS SO STIPULATED.**

Dated this 2nd day of May, 2018

MARQUIS AURBACH COFFING

 */s/ Chad F. Clement*
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for GoPetFriendly.com, LLC*

Dated this 2nd day of May, 2018.

LAW OFFICE OF SHAWN PEREZ

 */s/ Shawn Perez*
Shawn Perez, Esq.
Nevada Bar No. 10421
7121 West Craig Road, Suite 113-38
Las Vegas, Nevada 89129
*Attorneys for GVCL Ventures, Inc.
and Gerald Neziol*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 4th day of May, 2018.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816