<mark>
<mark>
| | |
|---|---|
| **Marquis Aurbach Coffing** | |

</mark>
</mark>

<mark>
<mark>
**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
kwilde@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu
  *Attorneys for GoPetFriendly.com, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GVCL VENTURES, INC., a corporation, | Case Number: 2:16-cv-02892 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION TO ENFORCE SETTLEMENT** |
| GOPETFRIENDLY.COM, LLC, a limited liability company; DOES I-X inclusive; and ROE CORPORATIONS XX-XXX, inclusive, | |
| Defendants, | **(FIRST REQUEST)** |
| GOPETFRIENDLY.COM, LLC, a limited liability company, | |
| Counterclaim-plaintiff, | |
| v. | |
| GVCL VENTURES, INC., a Delaware corporation; REGISTERED EXPRESS CORPORATION, a Nevada corporation; REGISTERED EXPRESS INTERNATIONAL CORPORATION, a Nevada corporation; PROACTIVE PET | |

<mark>
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816
</mark>

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

PRODUCTS, INC., a Nevada corporation; DIGITAL AIRO, INC., a Nevada corporation; JOHN TAYLOR, an individual; MIKE DILLON, an individual; GERALD NEZIOL, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Counterclaim-defendants.

Plaintiff and counterclaim-defendant GVCL Ventures, Inc. ("GVCL") and counterclaim-defendant Gerald Neziol ("Neziol"), through their counsel of record, the Law Office of Shawn Perez, and defendant and counterclaim-plaintiff GoPetFriendly.com, LLC ("GoPetFriendly"), through its counsel of record, the law firm of Marquis Aurbach Coffing, hereby stipulate and agree as follows:

1. On July 19, 2019, a status hearing was held before Magistrate Judge Cam Ferenbach regarding the status of this case;

2. During that hearing, the parties informed the Court that a settlement had been reached and that GoPetFriendly would be filing a motion to enforce the settlement;

3. GoPetFriendly's counsel informed the Court that he had an upcoming jury trial in state court and that due to that trial, he would not be able to immediately file that motion;

4. As a result, during that hearing and in the Court's subsequent minutes, the Court set a deadline of August 15, 2019, for the filing of the motion to enforce the settlement;

5. Unexpectedly, GoPetFriendly's counsel's jury trial took longer than anticipated and did not conclude until late last week;

6. In addition, after the Court's status hearing, GoPetFriendly's counsel realized that the deadline for GVCL and Neziol to make certain settlement payments runs on August 17, 2019, two days after the deadline set for the filing of the motion to enforce, thereby potentially making the filing of such a motion premature on August 15, 2019;

7. Accordingly, due to the above-identified circumstances, the parties stipulate and agree to extend the time for GoPetFriendly to file the motion to enforce the settlement to September 5, 2019.

8. This is the first stipulation for an extension of time to file the motion to enforce the settlement.

9. This stipulation is not entered into for any improper purpose or to delay.

IT IS SO STIPULATED.

| Dated this 15th day of August, 2019. | Dated this 15th day of August, 2019. |
|---|---|
| MARQUIS AURBACH COFFING | LAW OFFICE OF SHAWN PEREZ |
| /s/ *Chad F. Clement* | /s/ *Shawn Perez* |
| By: Terry A. Coffing, Esq.<br>Nevada Bar No. 4949<br>Chad F. Clement, Esq.<br>Nevada Bar No. 12192<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for GoPetFriendly.com, LLC* | By: Shawn Perez, Esq.<br>Nevada Bar No. 10421<br>7121 West Craig Road, Suite 113-38<br>Las Vegas, Nevada 89129<br>*Attorneys for GVCL Ventures, Inc.*<br>*and Gerald Neziol* |

## **ORDER**

**IT IS SO ORDERED.**

GoPetFriendly's new deadline to file the motion to enforce the settlement shall be September 5, 2019.

Dated this 15th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE