**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
kwilde@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu
  *Attorneys for GoPetFriendly.com, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GVCL VENTURES, INC., a corporation, | Case Number: 2:16-cv-02892-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO RESCHEDULE HEARING ON MOTION TO ENFORCE SETTLEMENT** |
| GOPETFRIENDLY.COM, LLC, a limited liability company; DOES I-X inclusive; and ROE CORPORATIONS XX-XXX, inclusive, | |
| Defendants, | **(FIRST REQUEST)** |
| GOPETFRIENDLY.COM, LLC, a limited liability company, | |
| Counterclaim-plaintiff, | |
| v. | |
| GVCL VENTURES, INC., a Delaware corporation; REGISTERED EXPRESS CORPORATION, a Nevada corporation; REGISTERED EXPRESS | |

MAC:10460-005 3866184_1.docx 10/8/2019 9:06 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

| | |
|---|---|
| INTERNATIONAL CORPORATION, a Nevada corporation; PROACTIVE PET PRODUCTS, INC., a Nevada corporation; DIGITAL AIRO, INC., a Nevada corporation; JOHN TAYLOR, an individual; MIKE DILLON, an individual; GERALD NEZIOL, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, Counterclaim-defendants. | |

Defendant and counterclaim-plaintiff GoPetFriendly.com, LLC ("GoPetFriendly"), by and through its counsel of record, Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C., and plaintiff and counterclaim-defendant GVCL Ventures, Inc. ("GVCL") and counterclaim-defendant Geral Neziol ("Neziol"), through their counsel of record, the Law Office of Shawn Perez, hereby stipulate and agree as follows:

1. The hearing on GoPetFriendly's Motion to Enforce Settlement [ECF No. 79], currently set for October 11, 2019, at 10:00 a.m., shall be rescheduled to the 9:30 a.m., on that same day.

IT IS SO STIPULATED.

Dated this 8th day of October, 2019

MARQUIS AURBACH COFFING

*/s/ Chad F. Clement*
By: Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for GoPetFriendly.com, LLC*

Dated this 8th day of October, 2019

LAW OFFICE OF SHAWN PEREZ

*/s/ Shawn Perez*
By: Shawn Perez, Esq.
Nevada Bar No. 10421
7121 West Craig Road, Suite 113-38
Las Vegas, Nevada 89129
*Attorneys for GVCL Ventures, Inc. and Gerald Neziol*

**ORDER**

**IT IS SO ORDERED.**

The hearing on GoPetFriendly's Motion to Enforce Settlement will be rescheduled to October 11, 2019, at 9:30 a.m.

Dated this 8th day of October, 2019.

UNITED STATES MAGISTRATE JUDGE