**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

GVCL VENTURES, INC.,

    Plaintiff,

vs.

GOPETFRIENDLY.COM, LLC,

    Defendant.

2:16-cv-02892-VCF

**ORDER TEMPORARILY STAYING EXECUTION OF JUDGMENT AGAINST MICHAEL DILLON**

    Before the court is Michael Dillon's Motion to Set Aside Default Judgment and Stay Enforcement. (ECF No. 94).

    Given the issues raised in the motion, opposition and reply, good cause exists to temporarily stay execution by GoPetFriendly to collect damages from Michael Dillon, pending further order of the court.

    Accordingly,

    IT IS HEREBY ORDERED that all efforts to collect money damages awarded against Michael Dillon in this case must be stayed pending further order of the court.

    DATED this 22nd day of February, 2021.

    _____
    CAM FERENBACH
    UNITED STATES MAGISTRATE JUDGE