1  **Marquis Aurbach Coffing**
   Terry A. Coffing, Esq.
2  Nevada Bar No. 4949
   Chad F. Clement, Esq.
3  Nevada Bar No. 12192
   Kathleen A. Wilde, Esq.
4  Nevada Bar No. 12522
   Jared M. Moser, Esq.
5  Nevada Bar No. 13003
6  10001 Park Run Drive
   Las Vegas, Nevada 89145
7  Telephone: (702) 382-0711
   Facsimile: (702) 382-5816
8  tcoffing@maclaw.com
   cclement@maclaw.com
9  kwilde@maclaw.com

10 **Law Offices of Philip A. Kantor, P.C.**
   Philip A. Kantor, Esq.
11 Nevada Bar No. 6701
   1781 Village Center Circle, Suite 120
12 Las Vegas, Nevada 89134
   Telephone: (702) 255-1300
13 Facsimile: (702) 256-6331
   prsak@aya.yale.edu
14   *Attorneys for GoPetFriendly.com, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GVCL VENTURES, INC., a corporation, | Case Number: 2:16-cv-02892-JAD-VCF |
| Plaintiff, | |
| vs. | |
| GOPETFRIENDLY.COM, LLC, a limited liability company; DOES I-X inclusive; and ROE CORPORATIONS XX-XXX, inclusive, | **NOTICE OF SETTLEMENT** |
| Defendants, | |
| GOPETFRIENDLY.COM, LLC, a limited liability company, | |
| Counterclaim-plaintiff, | |
| v. | |
| GVCL VENTURES, INC., a Delaware corporation; REGISTERED EXPRESS | |

MAC:10460-005 4369526_1

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | CORPORATION, a Nevada corporation; REGISTERED EXPRESS INTERNATIONAL CORPORATION, a Nevada corporation; PROACTIVE PET PRODUCTS, INC., a Nevada corporation; DIGITAL AIRO, INC., a Nevada corporation; JOHN TAYLOR, an individual; MIKE DILLON, an individual; GERALD NEZIOL, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>               Counterclaim-defendants. |

8  TO:    THE COURT AND ALL INTERESTED PARTIES

9        PLEASE TAKE NOTICE that GoPetFriendly.com, LLC, and Michael Dillon have

10  tentatively reached a mutual agreement on settlement terms, pending finalization of settlement

11  documents, with each side bearing their own fees and costs. Accordingly, it is requested that

12  GoPetFriendly's deadline of May 20, 2021, to file a new motion for default judgment, be vacated

13  or postponed 90 days in order for the parties to complete settlement documentation and the terms

14  of the settlement agreement. It is expected that the settlement documents and the terms of the

15  settlement can be completed within 90 days, with a stipulation and order for dismissal with

16  prejudice, as to Dillon, to follow within that timeframe.

17        Dated this 20th day of May, 2021.

18                                         MARQUIS AURBACH COFFING

19  IT IS HEREBY ORDERED that the     By:   /s/ Chad F. Clement
Motion for Default Judgment must           Terry A. Coffing, Esq.
20  be filed on or before August 19,            Nevada Bar No. 4949
2021.                                          Chad F. Clement, Esq.
21                                         Nevada Bar No. 12192
                                       Kathleen A. Wilde, Esq.
22                                         Nevada Bar No. 12522
                                       Jared M. Moser, Esq.
23  IT IS SO ORDERED.                    Nevada Bar No. 13003
                                       10001 Park Run Drive
24                                         Las Vegas, NV 89145
           [signature]                    *Attorneys for GoPetFriendly.com, LLC*
25  _____

26  Cam Ferenbach
United States Magistrate Judge

27

28       5-21-2021
Dated:_____

MAC:10460-005 4369526_1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 20th day of May, 2021.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

I further certify that I served a copy of this document by mailing a true and correct copy thereof, postage prepaid, addressed to:

N/A

/s/ Lennie Fraga
an employee of Marquis Aurbach Coffing