**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
kwilde@maclaw.com

**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu
  *Attorneys for GoPetFriendly.com, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GVCL VENTURES, INC., a corporation, | Case Number:  2:16-cv-02892-JAD-VCF |
| Plaintiff, | |
| vs. | |
| GOPETFRIENDLY.COM, LLC, a limited liability company; DOES I-X inclusive; and ROE CORPORATIONS XX-XXX, inclusive, | **STIPULATION AND ORDER TO DISMISS COUNTERCLAIMS AGAINST MIKE DILLON ONLY, WITH PREJUDICE** |
| Defendants, | |
| GOPETFRIENDLY.COM, LLC, a limited liability company, | |
| Counterclaim-plaintiff, | |
| v. | |
| GVCL VENTURES, INC., a Delaware corporation; REGISTERED EXPRESS | |

MAC:10460-005 4376102_1

| | |
|---|---|
| MARQUIS AURBACH COFFING<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>(702) 382-0711 FAX: (702) 382-5816 | |

1  CORPORATION, a Nevada corporation;
   REGISTERED EXPRESS
2  INTERNATIONAL CORPORATION, a
   Nevada corporation; PROACTIVE PET
3  PRODUCTS, INC., a Nevada corporation;
   DIGITAL AIRO, INC., a Nevada
4  corporation; JOHN TAYLOR, an individual;
   MIKE DILLON, an individual; GERALD
5  NEZIOL, an individual; DOES I-X, inclusive;
   and ROE CORPORATIONS I-X, inclusive,
6
              Counterclaim-defendants.
7

8       Defendant and counterclaim-plaintiff GoPetFriendly.com, LLC ("GoPetFriendly"), by

9  and through its counsel of record, Marquis Aurbach Coffing and the Law Offices of Philip A.

10 Kantor, P.C., and counterclaim-defendant Mike Dillon ("Dillon"), by and through his counsel,

11 Alling & Jillson, Ltd., hereby stipulate and agree to dismiss GoPetFriendly's counterclaims

12 against Dillon only, with prejudice.  Each party shall bear their own attorney fees and costs.

13      Dated this 9th day of June, 2021.

14 MARQUIS AURBACH COFFING                    ALLING & JILLSON, LTD.

15
   By:   /s/ Chad F. Clement                  By:  /s/ Preston S. Mathews
16     Terry A. Coffing, Esq.                      Richard J. McGuffin, Esq.
       Nevada Bar No. 4949                         Nevada Bar No. 12819
17     Chad F. Clement, Esq.                       Preston S. Mathews, Esq.
       Nevada Bar No. 12192                        Nevada Bar No. 13720
18     Kathleen A. Wilde, Esq.                     276 Kingsbury Grade, Suite 2000
       Nevada Bar No. 12522                        P.O. Box 3390
19     Jared M. Moser, Esq.                        Lake Tahoe, NV 89449-3390
       Nevada Bar No. 13003                        *Attorneys for Mike Dillon*
20     10001 Park Run Drive
       Las Vegas, NV 89145
21     *Attorneys for GoPetFriendly.com, LLC*

22

23      IT IS SO ORDERED.  Accordingly, the deadline to file a new motion for default

24 judgement on or before August 19, 2021, against Dillon, is hereby vacated.

25

26                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
27
                                            Dated:   6-10-2021
28

MAC:10460-005 4376102_1